IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD. AND H. LUNDBECK A/S,<br><br>    Plaintiffs,<br><br>  v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LIMITED AND SUN PHARMACEUTICAL INDUSTRIES, INC.,<br><br>    Defendants. | Civil Action No. _____ |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

  Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

| | |
|---|---|
| Date Patentee Received Notice: | May 24, 2024 |
| Date of Expiration of '057 Patent: | March 8, 2034 |
| Date of Expiration of '803 Patent: | September 24, 2033 |
| Date of Expiration of '553 Patent: | September 24, 2033 |
| Date of Expiration of '547 Patent: | September 24, 2033 |
| Date of Expiration of '087 Patent: | September 24, 2033 |
| Date of Expiration of '347 Patent: | April 6, 2034 |
| Thirty Month Stay Deadline: | November 24, 2026 |

<table>
<tr><td>

*Of Counsel:*

James B. Monroe
Erin M. Sommers
Jeanette M. Roorda
Melanie Magdun
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4431
(202) 408-4000

Laura E. Brashear
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
(571) 203-2700

Dated: July 5, 2024

</td><td>

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiffs Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S*

</td></tr>
</table>